395 A.2d 961

Commonwealth v. Anderson, Appellant.

Argued September 12, 1978. Daniel H. Greene, for appellant; S. Finkelstein, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.